IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00882-REB-MEH

MARIA GARCIA,

    Plaintiff,

v.

SDH SERVICES WEST, LLC, a Delaware corporation, d/b/a Sodexo,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2012.**

    Plaintiff's Unopposed Motion to Vacate Scheduling Conference [filed June 14, 2012; docket #8] is **granted in part** and **denied in part**. The Scheduling Conference set in this case for June 21, 2012, at 9:45 a.m. is hereby **converted** to a Status Conference in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. If counsel choose to do so, they may appear telephonically by first conferencing together, then calling my Chambers at (303)844-4507 at the appointed time.

    In light of this minute order, the Parties are not required to submit a proposed Scheduling Order at this time.