IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  12-cv-00882-REB-MEH

MARIA GARCIA,

    Plaintiff,

v.

SDH SERVICES WEST, LLC d/b/a SODEXO, a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#12][1] filed July 9, 2012.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#12] filed July 9, 2012, is **APPROVED**;

    2.  That any pending motion is **DENIED** as moot; and

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 10, 2012, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge